**Fill in this information to identify the case:**

Debtor name: **BlueRock Energy, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/29/2020          x  *Philip VanHorne*
                                    Signature of individual signing on behalf of debtor

                                    **Philip VanHorne**
                                    Printed name

                                    **President and Chief Executive Officer**
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **BlueRock Energy, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF NEW YORK**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 360 Warren Associates, LLC 100 Madison Street, Suite 1200 Syracuse, NY 13202 | | Rent and Utility BRE owed by New York Energy under assigned leasea | Contingent | | | $111,587.00 |
| Arklow-FBF, LLC 3159 Flatbush Avenue Brooklyn, NY 11234 | | | | | | $60,000.00 |
| Cognitive Energy, LLC 75 Glen Road, Suite 200 Sandy Hook, CT 06482 | | | Contingent Disputed | | | $157,091.00 |
| ConEd Electric Attn: Law Department 4 Irving Place New York, NY 10003 | | | | | | $3,074.00 |
| Connecticue Department of Energy 79 Elm Street Hartford, CT 06106-5127 | | | | | | $23,330.00 |
| Connecticut Islanders, LLC 600 Main Street Bridgeport, CT 06604 | | | | | | $25,385.00 |
| CT Department of Revenue 401 West Thames Street Building 700 Norwich, CT 06360 | | Sales Tax Audit | | | | $5,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | **BlueRock Energy, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CT Dept of Energy and Environmental Protection**<br>100 Franklin Square<br>New Britain, CT 06051 | | **Renewable Energy Credit** | | | | $4,055,242.00 |
| **Drexel Hamilton, LLC**<br>77 Water Street, Suite 201<br>New York, NY 10005 | | | | | | $169,500.00 |
| **EC Infosystems, Inc.**<br>333 Earle Ovington Boulevard, Suite 102<br>Uniondale, NY 11553 | | | | | | $16,937.00 |
| **Engie Insight**<br>P.O. Box 2440<br>Spokane, WA 99210-2440 | | | | | | $40,530.00 |
| **Galt Power, Inc.**<br>1528 Walnut Street, Suite 2100<br>Philadelphia, PA 19102 | | | | | | $2,125.00 |
| **Hanover Insurance Co.**<br>440 Lincoln Street<br>Worcester, MA 01653 | | | | | | $250,000.00 |
| **MA Dept of Energy Resources**<br>100 Cambridge Street, Suite 1020<br>Boston, MA 02114 | | **Renewable Energy Credit** | | | | $6,517,940.00 |
| **Marathon Power LLC**<br>62-01 34th Avenue<br>Woodside, NY 11377 | | **Transaction** | **Contingent Disputed** | | | $273,342.00 |
| **Marathon Power LLC**<br>62-01 34th Avenue<br>Woodside, NY 11377 | | | **Contingent Disputed** | | | $42,695.00 |
| **Meckleburg Solar, LLC**<br>2530 Riva Road, Suite 200<br>Annapolis, MD 21401 | | | **Contingent Disputed** | | | $93,000.00 |
| **New York City Dept of Finance**<br>375 Pearl Street<br>New York, NY 10038 | | **Utility Tax** | **Contingent Disputed** | | | $554,946.00 |

Debtor   **BlueRock Energy, Inc.**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Onondaga County IDA**<br>**333 West Washington Street, Suite 130**<br>**Syracuse, NY 13202** | | | | | | $61,493.00 |
| **The Business Council of NYS, Inc.**<br>**111 Washington Avenue, Suite 400**<br>**Albany, NY 12210** | | | | | | $5,000.00 |