| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF NEW YORK**<br>----------------------------------------------------------- | Hearing Date:     July 8, 2021<br>Hearing Time:     11:30 a.m.<br>Hearing Location: Syracuse, NY (via AT&T Conference Line) |
| IN RE: | |
|     BLUEROCK ENERGY, INC., | Case No. 20-31211<br>Chapter 11 |
| Debtor.<br>----------------------------------------------------------- | |

### NOTICE OF UNITED STATES TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. § 1112(b) FOR CONVERSION TO CHAPTER 7, OR IN THE <u>ALTERNATIVE, DISMISSAL</u>

**PLEASE TAKE NOTICE** that upon the annexed motion, the United States Trustee for Region 2 will move this Court before the Honorable Wendy A. Kinsella, United States Bankruptcy Judge, in United States Federal Courthouse, U.S. Federal Building and Courthouse 100 S. Clinton Street Syracuse, NY 13261, on the **8th Day of July, 2021 at 11:30 via the Court's AT&T Conference Line,** or as soon thereafter as counsel can be heard, for an order converting, or in the alternative, dismissing, the case of BlueRock Energy, Inc., pursuant to 11 U.S.C. § 1112(b), together with such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that responsive papers, if any, should be filed with the Court and served upon the Office of the U.S. Trustee at 10 Broad Street, Room 105, Utica, New York 13501, to the attention of Erin P. Champion, Esq., Trial Attorney, no later than seven (7) days prior to the return date set forth above. Responsive papers, if any, shall be in conformity with the Federal Rules of Civil Procedure and identify the party on

whose behalf the papers are submitted, the nature of the purpose, and the basis for such response.

**PURSUANT TO FRBP 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION.  IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.**

Dated: Utica, New York
June 8, 2021

      WILLIAM K. HARRINGTON
      UNITED STATES TRUSTEE FOR REGION 2

      */s/ Erin P. Champion*
      Erin P. Champion
      Trial Attorney
      10 Broad Street
      Suite 105
      Utica, New York 13501
      Tel: No. (315) 793-8191
      Fax: No. (315) 793-8133