| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------- | Hearing Date:    July 8, 2021<br>Hearing Time:    11:30 a.m.<br>Hearing Location: Syracuse, NY (via AT&T Conference Line) |

IN RE:

BLUEROCK ENERGY, INC.,              Case No. 20-31211
                                     Chapter 11

Debtor.
-----------------------------------------------------------

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Trustee Office for the Northern District of New York and is a person of such age and discretion as to be competent to serve papers. That on June 8, 2021, I electronically filed a copy of the following:

**NOTICE OF UNITED STATES TRUSTEE'S MOTION PURSUANT TO
11 U.S.C. § 1112(b) FOR CONVERSION OF THIS CASE TO CHAPTER 7
OR IN THE ALTERNATIVE, DISMISSAL OF THIS CASE**

with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

- **Erin Champion**   USTPRegion02.UT.ECF@usdoj.gov
- **Stephen A. Donato**   sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com
- **Jeffrey A. Dove**   jdove@barclaydamon.com, avrooman@barclaydamon.com
- **Brian I. Kantar**   bkantar@csglaw.com
- **David C. Temes**   david@ldts-law.com, stephanie@ldts-law.com;Charlene@ldts-law.com
- **U.S. Trustee**   USTPRegion02.UT.ECF@usdoj.gov

And I hereby certify that I have mailed by first class mail with the United States Postal Service to the non CM/ECF participants by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, and by depositing said envelope and contents in the United States Mail at Utica, New York 13501 to the following: ADDRESSEE(S):

| | |
|---|---|
| Dated:  June 8, 2021 | WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE<br>FOR REGION 2<br><br>        */s/ Erin P Champion*<br>10 Broad Street - Suite 105<br>Utica, New York 13501<br>Tel: No. (315) 793-8191<br>Fax: No. (315) 793-8133 |