**United States Bankruptcy Court
Northern District of New York
All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name:

Case No.:

Division:

Adversary Proceeding No. (if applicable):

☐ Adjournment Request[2] for Hearing on Motion at Docket No.: _____

    Reason for Adjournment Request:

    Original Return Date of Motion:

    Number of prior adjournment request that have been made _____

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing:

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:

Consent of All Parties Obtained?    ☐ Yes    ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)